■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PRICE, Appellant. [805 NYS2d 310]—Judgment, Supreme Court, New York County (Micki A. Scherer, J.), rendered April 28, 2004, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen*, 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence as a persistent violent felony offender was triggered solely by his prior convictions (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Mazzarelli, J.P., Marlow, Williams, Sweeny and Catterson, JJ.

■ In the Matter of "BABY BOY" S., Also Known as NOEL S., a Child Alleged to be Permanently Neglected. L'TANYA S., Appellant; CATHOLIC HOME BUREAU FOR DEPENDENT CHILDREN, Respondent. [805 NYS2d 310]—

Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about September 18, 2003, upon a fact-finding determination of permanent neglect, terminating respondent's parental rights to the subject child and committing the child's custody and guardianship to petitioner agency and the Commissioner of Social Services for the purpose of adoption, unanimously affirmed, without costs.

A preponderance of the evidence at the dispositional hearing shows that while respondent had made some progress in eliminating the problems that led to the child's placement, the progress was insufficient to warrant a suspended judgment. Under the circumstances, adoption by the family with whom the child has lived since birth is in his best interests (*see Matter of Maryline A.*, 22 AD3d 227 [2005]). Concur—Mazzarelli, J.P., Marlow, Williams, Sweeny and Catterson, JJ.